ELEANOR E. L. HARRIS v. BEVERLY D. HARRIS.— Application denied. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUIS SUSSMAN v. MORRIS R. SILVERMAN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DAVID YOUNGMAN v. NEW YORK INDEMNITY COMPANY OF NEW YORK. SAMUEL SILVER, INC.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ABRAHAM COHEN v. WILLIAM J. DIAMOND.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOHN RUSSELL v. NORFOLK SOUTHERN RAILROAD COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

NETTYE KLEIN v. THE CAREY PRINTING CO., INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MELROSE AVENUE REAL ESTATE CORPORATION v. ALBERT H. MORNER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HILLMAN COAL AND COKE COMPANY v. INTERNATIONAL FREIGHTING CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SIDNEY B. BOWMAN AUTOMOBILE COMPANY v. WALTER J. SALMON and Others. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE CITY OF NEW YORK v. NATIONAL SURETY COMPANY.— Motion granted and question certified. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARGARET CALLAGHAN v. EDWARD F. MORAN, as Executor, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DEDRICK C. PAPE v. J. J. HOBBS.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PROCTER & GAMBLE DISTRIBUTING COMPANY v. JACOB SCHER and Others.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application for Compulsory Accounting of JACOB APPELL, Deceased.— Motion granted and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.